MARK V. BERRY (SBN 70162)
Mark.berry@bowmanandbrooke.com
MARION V. MAUCH (SBN 253672)
Marion.mauch@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
879 West 190th Street Suite 700
Gardena, CA 90248
Telephone: (310) 768-3068
Facsimile: (310) 719-1019

ERIC S. MATTSON (admitted *pro hac vice*)
emattson@sidley.com
MICHAEL C. ANDOLINA (admitted *pro hac vice*)
mandolina@sidley.com
CLAIRE E.W. STEWART (admitted *pro hac vice*)
claire.stewart@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for American Honda Motor Co., Inc.

J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHELE LYNN-MEZZIE NGUYEN AND MICHELE DIBENEDETTO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | Case No. CV12-06426-R (JEMx)<br><br>**ORDER GRANTING DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

1

**ORDER**

2       Having considered defendant American Honda Motor Co., Inc.'s Motion to

3 Dismiss Plaintiffs' Complaint and the briefs submitted by the parties, the Court finds

4 and orders as follows:

5       The relief requested in the motion is **GRANTED** for the reasons stated in open

6 court on October 1, 2012. Plaintiffs' complaint as to all counts is dismissed with

7 prejudice.

8

9

10       **IT IS SO ORDERED.**

11

12 Dated: _October 31, 2012_        _____

13                          Hon. Manuel L. Real

                           U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28